**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10064 |
| | : | **Jointly Administered with** |
| BAYOU BYWATER LIVING, LLC | : | CASE NO.: 21-10065 |
| WEBSTER STREET HOLDING, LLC | : | CASE NO.: 21-10204 |
| RELDS, LLC | : | CASE NO.: 21-10205 |
| SOUTH CLAIBORNE HOLDINGS, LLC | : | |
| | : | SECTION "A" |
| DEBTORS | : | |
| | : | CHAPTER 7 |

**ORDER TO SHOW CAUSE**

This Court held an expedited hearing on June 10, 2021, to consider the *Motion for Contempt* (the "Motion"), [ECF Doc. 93], filed by Barbara Rivera-Fulton, the chapter 7 trustee (the "Trustee") appointed to administer the four above-captioned, jointly administered cases. Considering the allegations made in the Motion for Contempt, and the statements made by counsel for the Trustee and the Debtor,

**IT IS ORDERED** that **GERARD MCGOVERN** and **GILBERTO RIVERAS SHALL APPEAR IN PERSON ON FRIDAY, JUNE 11, 2021, AT 9:00 A.M.** at the United States Bankruptcy Court, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130, to show cause why they should not be sanctioned for failure to comply with this Court's Order dated May 28, 2021, [ECF Doc. 86], compelling the following, among other things:

1. Close all of the Debtors' DIP accounts and turn over to the Trustee all of the funds in the accounts (including without limitation the amount of $40,800 represented by Debtor's counsel to be contained in those accounts);

2. Turn over to the Trustee all insurance policies in effect that cover all properties of the Debtors' estates;

3. Turn over to the Trustee any and all leases, whether expired or not, on all properties of the Debtors' estates, and the names, addresses, and phone numbers of all tenants in the properties of the Debtors' estates; and

- 2 -

4. Notify all tenants in the properties of the Debtors' estates to send all rent payments presently due and all rent payments that come due in the future directly to the Trustee.

**IT IS FURTHER ORDERED** that the Trustee and counsel for the Trustee shall appear in person. Counsel for the Debtor **SHALL APPEAR**, but he is permitted to appear via teleconference:

https://www.zoomgov.com/j/16167747050?pwd=bXNVTjF2RDRXVGpuUFp3ZUVXMmlEZz09,

Meeting ID: 161 6774 7050 and Passcode: 000064, with audio through the telephone line at (888) 684-8852 and Access Code: 9318283.

All other counsel for interested parties may appear in person and be heard.

New Orleans, Louisiana, this 10th day of June, 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE