# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| | |
| **Bayou Bywater Living, LLC;** | **CASE NO. 21-10064** |
| **Webster Street Holdings, LLC;** | **Jointly administered with** |
| **Relds, LLC; and, South Claiborne** | **CASE NO. 21-10065** |
| **Holdings, LLC** | **CASE NO. 21-10204** |
| | **CASE NO. 21-10205** |
| **Debtors** | |
| | **SECTION "A"** |

### UNITED STATES TRUSTEE'S AMENDED WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Bayou Bywater Living, LLC | Hearing on the United States Trustee's |
| Webster Street Holdings, LLC | Motion to Cease Harassing Behavior and for |
| Relds, LLC | Contempt [ECF-122] |
| South Claiborne Holdings, LLC | |

October 12, 2021 at 10:00 a.m.

**Witness List – MAY CALL:**

1. Gilberto Riveras - Designated Representative for the Debtor Relds, LLC and South Claiborne Holdings, LLC

2. Wayne Anthony Maiorana, Jr., Esq. – counsel for Gulf Coast Bank & Trust

3. Gerard McGovern - Manager and 100% Shareholder of Bayou Bywater Living, LLC, Webster Street Holdings, LLC, Relds, LLC and South Claiborne Holdings, LLC

4. DaShawn Hayes, Esq. - Attorney for Bayou Bywater Living, LLC, Webster Street Holdings, LLC, Relds, LLC and South Claiborne Holdings, LLC

5. Leo Congeni, Esq. – Former Subchapter V Trustee for Bayou Bywater Living, LLC and South Claiborne Holdings, LLC

6. Greta Brouphy, Esq. – Former Subchapter V Trustee for Webster Street Holdings, LLC and Relds, LLC

7. Joshua P. Matthews, Esq. – Counsel for Loan Partners, LLC

8. Richard Martinez, Esq. – Counsel / Former Counsel to Gerard McGovern

9. Liza Whitfield, Latter & Blum – PURUSANT TO SUBPOENA

**Exhibit List**:

| EXHIBIT | BATES (first page) | DESCRIPTION |
|---|---|---|
| US Trustee-35 | Trustee_00000228 | McGovern Schedule AB |
| US Trustee-36 | Trustee_00000238 | McGovern Schedule D |
| US Trustee-37 | Trustee_00000241 | McGovern Notice of 521 Deficiency |
| US Trustee-38 | Trustee_00000243 | McGovern Credit Counseling Deficiency |
| US Trustee-39 | Trustee_00000244 | McGovern Deficiency Mailing |
| US Trustee-40 | Trustee_00000246 | McGovern Deficiency Mailing |
| US Trustee-41 | Trustee_00000248 | McGovern Motion to Lift Stay (Prime Import) |
| US Trustee-42 | Trustee_00000279 | McGovern Motion to Lift Stay (Prime Import) – Affidavit |
| US Trustee-43 | Trustee_00000281 | McGovern Motion to Terminate POA |
| US Trustee-44 | Trustee_00000283 | McGovern Order to Terminate Power of Attorney |
| US Trustee-45 | Trustee_00000284 | Latter and Blum Listing 27 Audubon Blvd |
| US Trustee-46 | Trustee_00000285 | Latter and Blum Listing 334 Citrus |
| US Trustee-47 | Trustee_00000335 | Latter and Blum Listing 2220 Broadway |
| US Trustee-48 | Trustee_00000286 | Email from Mathews to Bergeron re [EXTERNAL] 334 Citrus taxes |
| US Trustee-49 | Trustee_00000288 | Petition to Enforce Security Agreement by Executory Process – Loan Partners (334 Citrus) |
| US Trustee-50 | Trustee_00000300 | Notice of Insurance – 334 Citrus |
| US Trustee-51 | Trustee_00000313 | Tax Sale – 334 Citrus |
| US Trustee-52 | Trustee_00000315 | Louisiana Secretary of State – Gilbert Roofing |
| US Trustee-53 | Trustee_00000319 | Power of Attorney |
| US Trustee-54 | Trustee_00000323 | Proof of Claim – Laurie Martin |
| US Trustee-55 | Trustee_00000336 | Bayou Bywater - Notice of Sale of Audubon Street duplex |
| US Trustee-56 | Trustee_00000338 | Bayou Bywater - Sale of State Street |

Dated: October 7, 2021

Respectfully submitted,
DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

by: *s/Christy R. Bergeron*

CHRISTY R. BERGERON (LA. 22944)
Trial Attorney, Office of the U.S. Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018
Direct: (504) 589-2591
Facsimile no. (504) 589-4096
Christy R. Bergeron@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that copies of the foregoing were served on October 8, 2021, through the

Court's electronic notification system upon:

Greta M Brouphy    gmb@hellerdraper.com

Leo D. Congeni    leo@congenilawfirm.com, michelle@congenilawfirm.com

DaShawn P. Hayes    dphayesesquire@gmail.com

Joshua P. Mathews    josh@mlgnola.com

Amelia L Bueche    amelia.hurt@kellyhart.com

Patrick S. Garrity    patrickg@spsr-law.com, cathyt@spsr-law.com

Barry H. Grodsky    bgrodsky@taggartmorton.com, clippard@taggartmorton.com

Fernand L. Laudumiey, IV laudumiey@chaffe.com, bankruptcy@chaffe.com;messina@chaffe.com

Clay J. LeGros    clegros@newmanmathis.com

Wayne A. Maiorana, Jr. tmaiorana@newmanmathis.com

David J. Messina    messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

Barbara Rivera-Fulton barbararfulton2015@gmail.com, la49@ecfcbis.com

I also served Craig Mordock (cjmordock@icloud.com) via separate email.

> by: *s/Christy R. Bergeron*
> CHRISTY R. BERGERON (LA 22944)
> Trial Attorney, Office of the U.S. Trustee