# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 21-10064 |
| | § | Jointly Administered with |
| BAYOU BYWATER LIVING, LLC; | § | CASE NO. 21-10065 |
| WEBSTER STREET HOLDING, LLC; | § | CASE NO. 21-10204 |
| RELDS, LLC; | § | CASE NO. 21-10205 |
| SOUTH CLAIBORNE HOLDINGS, LLC; | § | CASE NO. 21-11033 |
| AND | § | |
| GERARD MCGOVERN. | § | CHAPTER 7 |
| | § | |
| DEBTORS. | § | SECTION A |

## ORDER

Before the Court is the *Motion for Authority To Sell Property at Private Sale Free and Clear of All Liens, Claims and Encumbrances, To Pay Mortgage, Realtor's Commission, Seller's Customary Closing Costs, Carve Out and for Other Relief (334 Citrus Rd.)* (the "Motion"), [ECF Doc. 371], filed by Wilbur J. "Bill" Babin, Jr. (the "Trustee") was set for hearing on the 25th day of May, 2022, at 1:00 P.M.

The Court considering the Motion, no objections filed thereto, all notice and hearing requirements of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any other applicable law having been satisfied considering and further considering the law and evidence to be in favor of Trustee,

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Trustee be and he is hereby authorized to sell the property bearing municipal address 334 Citrus Road, River Ridge, LA 70123 (the "Property"), more particularly described on Exhibit "A" attached hereto, to Ethan Vuljoin, his designee, successor and/or assignee, for the purchase price of FOUR HUNDRED TWENTY-FIVE

EXHIBIT "A"

THOUSAND AND NO/100 ($425,000.00) DOLLARS all cash, net to the Trustee, which sale shall close within twenty (20) days of the signing of this Order, unless otherwise extended by agreement between the Purchaser and the Trustee;

**IT IS FURTHER ORDERED** that Trustee be and he is hereby authorized to pay the realtor's commission to Glenn Boyer of Latter & Blum at a commission rate in an amount equal to six (6%) percent of the first $100,000.00 plus four (4%) percent over the first $100,000.00 of the purchase price;

**IT IS FURTHER ORDERED** that Trustee be and he is hereby authorized to retain a carve out of three (3%) percent of the sales price for the benefit of the Bankruptcy Estate;

**IT IS FURTHER ORDERED** that Trustee be and he is hereby authorized to pay appropriate Seller's closing costs, plus all property taxes pro-rated through the date of sale;

**IT IS FURTHER ORDERED** that Trustee be and he is hereby authorized to pay all proceeds of the sale, after all of the payments set forth above, to Loan Partners, LLC;

**IT IS FURTHER ORDERED** that said Property shall be sold free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. § 363 (f) and/or (h), and § 725 in so far as they bear against the Property referred to herein. Any liens, claims and encumbrances, except as set forth above, shall be relegated to the proceeds of the sale of said Property to be paid in accordance with the provisions of the U.S. Bankruptcy Code, and all such liens, claims, and encumbrances shall be canceled upon payment of the purchase price and the sheriff, ex officio recorder of mortgages, and the Clerk of Court, for the Parish of Jefferson, State of Louisiana be and is hereby ordered to partially cancel any such inscriptions in so far as they bear against the Property including but not limited to the following:

1. Instrument No. 11816579, Mortgage Book 4773, Page 525, Judgment in favor of Benedict R. McGovern et al., 24th JDC #746-088, 24,000.00, 4/6/2018;

2. Instrument No. 11900857, Mortgage Book 4811, Page 629, Multiple Indebtedness Mortgage in favor of Loan Partners, LLC, recorded 1/17/2019;
3. Instrument No. 12043092, Mortgage Book 4894, Page 37, Notice of Seizure in favor of Loan Partners, LLC, 24th JDC #809-329, recorded 9/4/2020; and
4. Instrument No. 12124586, Mortgage Book 4931, Page 395, Judgment in favor of Robert G. Harvey, Sr., et al. vs. Gerard McGovern, et al., CDC #2019-7919, 38,935.15, 4/29/2021;

**IT IS FURTHER ORDERED** that Purchaser be recognized as a good faith purchaser, entitled to the protections of 11 U.S.C. §363 (m);

**IT IS FURTHER ORDERED** that said property shall be sold "as is, where is" with no warranty whatsoever except as to clear title;

**IT IS FURTHER ORDERED** that the Court hereby waives the 14-day stay set forth in Bankruptcy Rule 6004(h) in order that the sale may take place prior to the expiration of such 14-day period;

**IT IS FURTHER ORDERED** that the sale shall further be on the terms and conditions set forth in the Louisiana Residential Agreement to Buy or Sell attached to the Motion the provisions of which are incorporated herein;

**IT IS FURTHER ORDERED** that the Trustee be and he is hereby authorized to execute any and all documents necessary to effect said sale under the above-mentioned terms and conditions; and

4

**IT IS FURTHER ORDERED** that the Trustee shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 25, 2022.

                                                                                                  MEREDITH S. GRABILL
                                          UNITED STATES BANKRUPTCY JUDGE

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the PARISH OF JEFFERSON, State of Louisiana, in HIGHLAND ACRES SUBDIVISION, "SQUARE H", bounded by Jefferson Highway, Poultry and Citrus Roads and the Soniat Canal and designated as LOT "B", measuring as follows, towit: Lot "B", commencing 4144.02 feet from the intersection of Jefferson Highway and Citrus Road and measures 100 feet front on Citrus Road, same width in the rear by a depth of 150 feet between equal and parallel lines, all in accordance with survey by J.L. Fontcuberta, dated November 12, 1962. Further all in accord with the survey by Gilbert, Kelly & Couturie, Inc., dated July 28, 1997 except that Square H is bounded by Citrus Road, Jefferson Highway (late N.O. Kenner R.R.), Midway Road (late Poultry Road) and Soniat Canal Side (late Company Canal) and Lot "B" commences 414402 from the original intersection of Jefferson Highway and Citrus Road and 4103.93 from the intersection of Citrus Road and the new Right of Way for Jefferson Highway.

Improvement thereon bear the Municipal No. 334 Citrus Road, River Ridge, Louisiana 70123

Being the same property acquired by Gerard P. McGovern by act registered November 19, 2018, in COB 3414, folio 185, Jefferson Parish, Louisiana.



EXHIBIT

"A"