# AFFIDAVIT

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### JONATHAN R. DETRINIS

who, after being duly sworn, did depose and state the following:

1. That he is the attorney for DeT Law Firm, LLC who represented the debtor, Gerard McGovern, in defending against the adversary proceedings filed by creditors, Carrollton & Oak, LLC, and Laurie Martin, and in opposing the proofs of claim filed by these two creditors against the Chapter 7 estate of Gerard McGovern;

2. That he believes that the work that he performed was in the best interest of the Chapter 7 estates of debtor, that his work resulted in reductions in the claims of creditors, and that his work resulted in a substantial contribution of the estates through his protection of the assets of the estates from the claims of creditors;

3. That, to the best of his knowledge and belief, he did not, and does not, possess any interests that are adverse to the debtor, to the debtor's bankruptcy estates, to any interested parties, or to the creditors of the debtor/debtor's estates;

4. That, to the best of his knowledge and belief, he is a disinterested person who has no personal connections to the debtor, the debtor's estates, to any interested parties, or to creditors of the debtor/debtor's estates; and

5. That his only connection to the debtor and the debtor's bankruptcy estates was through his professional representation of debtor and debtor's estates in the Chapter 7 bankruptcy case of debtor, in defending against the adversary proceedings filed by creditors, Carrollton & Oak, LLC, and Laurie Martin, and in opposing the proofs of claim filed by these two creditors against the Chapter 7 estate of Gerard McGovern.

_____
JONATHAN R. DETRINIS

SWORN TO AND SUBSCRIBED before me at New Orleans, Louisiana, on this the 21st day of December, 2022.

_____
NOTARY PUBLIC

ANDREW J. DUFFY
NOTARY PUBLIC
STATE OF LOUISIANA
LA BAR NO. 30208
MY COMMISSION EXPIRES AT DEA[TH]