IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| BAYOU BYWATER LIVING, LLC | * | CASE NO: 21-10064 |
| | * | Jointly Administered with |
| WEBSTER STREET HOLDING, LLC | * | CASE NO. 21-10065 |
| RELDS, LLC; AND | * | CASE NO. 21-10204 |
| SOUTH CLAIBORNE HOLDINGS, LLC | * | CASE NO. 21-10205 |
| GERARD MCGOVERN | * | CASE NO. 21-11033 |
| | * | |
| | * | SECTION A |
| | * | |
| *Debtor(s)* | * | CHAPTER 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S SUPPLEMENTAL RESPONSE TO DEBTOR'S EX PARTE MOTION TO EXPEDITE/COMPEL DISBURSEMENTS BY THE CHAPTER 7 TRUSTEE FROM THE DEBTOR'S PERSONAL BANKRUPTCY ESTATE PAY OUT ALL ADMINISTRATIVE CLAIMS, CREDITORS, AND ADVANCE ON DEBTOR'S FUTURE SURPLUS**

**NOW INTO COURT**, comes Wilbur J. "Bill" Babin, Jr., Chapter 7 Trustee of the Gerard McGovern Bankruptcy ("Trustee") in order to supplement his original Response [ECF Doc. 488] to Debtor's Motion [ECF Doc. 479], who with respect represents:

1.

In his original response, Trustee requested this Court to either deny or continue Debtor's Motion until Trustee could determine the Bankruptcy Estate's tax liability and whether or not there were sufficient funds to allow an interim distribution.

2.

Pursuant to Order of this Court dated April 17, 2023 [ECF Doc. 534] Trustee was authorized to make an interim distribution to unsecured creditors in the amount of $700,000 and to pay interim Chapter 7 trustee fees of $38,250.

3.

On April 28, 2023, Trustee filed 505 Motions [ECF Doc. Nos. 542 and 545] seeking determination of the tax liability of the Bankruptcy Estate.

4.

As of the filing of this Supplemental Response and taking into account the interim distribution authorized by this Court pursuant to Order dated April 17, 2023 [ECF Doc. 534] and paid by the Trustee on May 2, 2023, Trustee has $1,719,288.66 available to disburse. According to Trustee's tax returns submitted with his 505 Motions, the total federal and state tax liability for the Bankruptcy Estate is $688,916. Including the $3,950 sought herein, the $70,000 sought by Mr. Detrinis, $22,860.75 in attorney fees due Richard W. Martinez pursuant to Order of this Court dated December 28, 2021 [USBC, EDLA Case No.21-11033 ECF Doc. 140], unpaid fees due the Derbes Law Firm and Trustee fees, unpaid administrative expenses total $230,855.65. The balance due to creditors to pay 100¢ on the dollar totals $611,582.49. Accordingly, if the IRS and the LADRT accept the amounts set forth in the 505 Motions, there will be a surplus of approximately $187,934.52 less banking fees of approximately $3,000 per month and annual interest of 0.07% to unsecured creditors from August 5, 2021 to the date they are paid in full.

5.

For easy reference, the above amounts are set forth below:

| | |
|---|---|
| $1,719,288.66 | Balance available |
| $ 68,916.00 | Proposed Federal and State Taxes |
| $ 230,855.65 | Unpaid Administrative Expenses |
| $ 611,582.49 | Due Unsecured Creditors |
| $ 187,934.52 | Approximate Surplus to Debtor |

6.

Trustee avers that any order compelling the Trustee to make additional disbursements should be subject to the Order on the 505 Motions becoming final. Additionally, any order

compelling the Trustee to make additional disbursements should be subject to comment by the U.S. Trustee.

**WHEREFORE**, Trustee prays that this Supplemental Response to Debtor's Motion [ECF Doc. 479] be considered and that any order on Debtor's Motion be subject to the Order on Trustee's 505 Motions becoming final and subject to comment by the U.S. Trustee.

And for all general and equitable relief as the nature of the case may permit.

RESPECTFULLY SUBMITTED:

*/s/ Wilbur J. "Bill" Babin, Jr.*
WILBUR J. "BILL" BABIN, JR. (1214)
Trustee
3027 Ridgelake Drive
Metairie, Louisiana  70002
Telephone: 837-1230
Facsimile: 832-0324
babin@derbeslaw.com