## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| BAYOU BYWATER LIVING, LLC | * | CASE NO: 21-10064 |
| | * | Jointly Administered with |
| WEBSTER STREET HOLDING, LLC | * | CASE NO. 21-10065 |
| RELDS, LLC; AND | * | CASE NO. 21-10204 |
| SOUTH CLAIBORNE HOLDINGS, LLC | * | CASE NO. 21-10205 |
| GERARD MCGOVERN | * | CASE NO. 21-11033 |
| | * | |
| | * | SECTION A |
| | * | |
| *Debtor(s)* | * | CHAPTER 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S SUPPLEMENTAL RESPONSE TO DEBTOR'S NUNC PRO TUNC EX PARTE MOTION FOR EMPLOYMENT OF SPECIAL COUNSEL ON BEHALF OF BANKRUPTCY ESTATE AND APPLICATION FOR FIRST AND FINAL PAYMENT OF SPECIAL COUNSEL FEES AS ADMINISTRATIVE CLAIM OF ESTATE**

**NOW INTO COURT**, comes Wilbur J. "Bill" Babin, Jr., Chapter 7 Trustee of the Gerard McGovern Bankruptcy ("Trustee") in order to supplement his original Response [ECF Doc.490] to Debtor's Motion [ECF Doc. 480], who with respect represents:

1.

Trustee advises the Court that on April 28, 2023, Trustee filed 505 Motions [ECF Doc. Nos. 542 and 545] seeking determination of the tax liability of the Bankruptcy Estate. If there are no increases to the tax liability set forth on Trustee's tax returns attached to his 505 Motions, this will be a surplus case, even if Trustee pays the $70,000 fees sought by Debtor's counsel herein.

2.

Accordingly, Trustee has no objection to paying the fees referred to above out of the funds of the Bankruptcy Estate, subject only to the Order on Trustee's 505 Motions becoming final.

**WHEREFORE**, Trustee prays that this Supplemental Response to Debtor's Motion [ECF Doc. 480] be considered by the Court.

Trustee further prays that any attorney fees approved by the Court be authorized but not ordered to be paid, pending this Court's Order on Trustee's 505 Motions becoming final.

And for all general and equitable relief as the nature of the case may permit.

RESPECTFULLY SUBMITTED:

*/s/ Wilbur J. "Bill" Babin, Jr.*
WILBUR J. "BILL" BABIN, JR. (1214)
Trustee
3027 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: 837-1230
Facsimile: 832-0324
babin@derbeslaw.com