**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | NO. 21-10064 |
| | | Jointly Administered with |
| BAYOU BY WATER LIVING, LLC | * | NO. 21-10065 |
| | | NO. 21-10204 |
| WEBSTER STREET HOLDING, LLC | * | NO. 21-10205 |
| RELDS, LLC; AND | | NO. 21-11033 |
| SOUTH CLAIBORNE HOLDINGS, LLC | * | |
| | | |
| GERARD MCGOVERN | * | SECTION "A" |
| | | |
| Debtors | * | Chapter 7 |
| | * * * | |

**UNITED STATES' NOTICE OF NON-OPPOSITION TO**
**MOTION TO DETERMINE FEDERAL TAX LIABILITY AND FOR**
**AUTHORITY TO PAY FEDERAL TAXES AND INCORPORATED MEMORANDUM**

**NOW INTO COURT**, through the undersigned Assistant U.S. Attorney, comes the United States of America on behalf of the U.S. Department of the Treasury, Internal Revenue Service, ("the Service"), who relative to the Motion to Determine Federal Tax Liability and for Authority to Pay Federal Taxes and Incorporated Memorandum (Record Doc. No. 542) filed by the Chapter 7 Trustee, represents that it concurs with the principle amounts of tax indebtedness for the subject tax returns, but that penalties and interest may also apply.

    Respectfully submitted,

    DUANE A. EVANS
    UNITED STATES ATTORNEY
    */s/ Glenn K. Schreiber*
    GLENN K. SCHREIBER
    Assistant United States Attorney
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3093
    Fax: (504) 680-3174
    glenn.schreiber@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this   17th   day of May 2023 a copy of the ***UNITED STATES' NOTICE OF NON-OPPOSITION TO TRUSTEE'S MOTION TO DETERMINE FEDERAL TAX LIABILITY AND FOR AUTHORITY TO PAY FEDERAL TAXES AND INCORPORATED MEMORANDUM*** was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following parties of record:

    Jonathan R. DeTrinis (jon@detlawfirm.com)
    Wilbur J. Bill Babin, Jr. (trusteebabin@wjbabin.com)
    U.S. Trustee (USTPRegion05.NR.ECF@usdoj.gov)

Also, a copy was served by first-class mail, postage, prepaid on this 17th day of May 2023, on the following:

    Gerard McGovern
    2220 Broadway St.
    New Orleans, LA 70118

                            ***/s/ Glenn K. Schreiber***
                            GLENN K. SCHREIBER
                            Assistant United States Attorney