UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO.:21-10064 |
| | **Jointly Administered with** |
| BAYOU BYWATER LIVING, LLC | CASE NO.: 21-10065 |
| WEBSTER STREET HOLDINGS, LLC | CASE NO.: 21-10204 |
| RELDS, LLC | CASE NO.: 21-10205 |
| SOUTH CLAIBORNE HOLDINGS, LLC | CASE NO.: 21-11033 |
| | |
| **CARROLLTON & OAK** | |
| Plaintiff | ADVERSARY NO.: 22-11179 |
| | |
| VS | |
| | SECTION: "A" |
| **TOMMY NGO** | CHAPTER 7 |
| Defendant | |

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, comes Eric Oliver Person, heretofore attorney for Carrollton & Oak, LLC, who moves this Court to allow Eric Oliver Person to withdraw as counsel of record for Plaintiff, Carrollton & Oak, LLC who does, with respect, move this Court to allow him to withdraw as attorney for said parties for the following reasons, to-wit:

I.

Carrollton & Oak, LLC has requested and demand that Eric Oliver Person withdraw as counsel of record and have his file forwarded to Michael J. Bagneris, Esquire, at 935 Gravier Street, Suite 2110, New Orleans, Louisiana 70112; email bagneris@bpajustice.com.

WHEREFORE, Eric Oliver Person, attorney at law, prays that he be allowed to withdraw as counsel of record for Carrollton & Oak, LLC.

1

Respectfully submitted,

/s/ ERIC OLIVER PERSON
ERIC OLIVER PERSON, BAR NO 10530
2727 Prytania Street, Suite 20
New Orleans, Louisiana 70130
Telephone: (504) 561-8612
Facsimile: (504) 561-8615
Email: eric@eoplaw.net

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO.:21-10064 |
| | Jointly Administered with |
| BAYOU BYWATER LIVING, LLC | CASE NO.: 21-10065 |
| WEBSTER STREET HOLDINGS, LLC | CASE NO.: 21-10204 |
| RELDS, LLC | CASE NO.: 21-10205 |
| SOUTH CLAIBORNE HOLDINGS, LLC | CASE NO.: 21-11033 |

| | |
|---|---|
| CARROLLTON & OAK | |
| Plaintiff | ADVERSARY NO.: 22-11179 |
| VS | |
| | SECTION: "A" |
| TOMMY NGO | CHAPTER 7 |
| Defendant | |

## ORDER

Considering the foregoing Motion and Order to Withdraw as Counsel of Record;

IT IS ORDERED that Eric Oliver Person, Esquire, be removed from the record of this Court as counsel for Carrollton & Oak, LLC in the above entitled and numbered cause.

New Orleans, Louisiana this _____ day of _____ 2023.

_____
HONORABLE MEREDITH S. GRABILL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:

BAYOU BYWATER LIVING, LLC
WEBSTER STREET HOLDINGS, LLC
RELDS, LLC
SOUTH CLAIBORNE HOLDINGS, LLC
GERARD McGOVERN

DEBTORS

CASE NO.: 21-10064
Jointly Administered with
CASE NO.: 21-10065
CASE NO.: 21-10204
CASE NO.: 21-10205
CASE NO.: 21-11033

SECTION "A"

CHAPTER 7

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Objection was this day served via email through this Court's electronic CM/ECF filing system as shown below:

Herschel C. Adcock – bknotices@hca.law
Wilbur J. (Bill) Babin, Jr. – trusteebabin@wjbabin.com and la35@ecfcbis.com
Armando R. Baralt – metairielawyer@gmail.com and r52555@notify.bestcase.com
Christy Bergeron – Christy.Bergeron@usdoj.gov
Greta Brouphy - gmb@hellerdraper.com and la55@ecfcbis.com
Frederick L. Bunol fbunol@derbeslaw.com
Robin B. Cheatham – cheathamrb@arlaw.com
William G. Cherbonnier, Jr. – wgc@billcherbonnier.com
Leo Congemi – leo@congenilawfirm.com
Jonathan R. DeTrinis – JON@DETLAWFIRM.COM
Albert J. Derbes, IV – ajdiv@derbeslaw.com
Patrick Garrity – pgarrity@derbeslaw.com
Barry Grodsky - bgrodsky@taggartmorton.com
DaShawn Hayes – dphayesesquire@gmail.com
Amelia L. Hurt – amelia.hurt@kellyhart.com
Darryl T. Landwehr – dtlandwehr@att.net
Fernand Laudumiey, IV – laudumiey@chaffe.com
Clay LeGros – clegros@newmanmathis.com
Wayne Maiorana, Jr. – tmaiorana@newmanmathis.com
Richard W. Martinez – richard@rwmaplc.com
Joshua Mathews – josh@mlgnola.com
David Messina – messina@chaffe.com
Eric Oliver Person – eric@eoplaw.net
John O. Pieksen, Jr. –jpieksen@cox.net

Barbara Rivera-Fulton – barbarafulton2015@gmail.com
Richard A. Rozanski – richard@rarlaw.net
Glenn K. Schreiber – glenn.schreibder@usdoj.gov
Irl R. Silverstein – irl@silversteinlawplc.com
William Steffes – bsteffes@steffeslaw.com
Earl F. Sundmaker – trey@sundmakerfirm.com
Jeffrey Michael Toepfer – jtoepfer@newmanmathis.com
Office of the US Trustee – USTPRegion05.NR.ECF@usdoj.gov
Justin A. Zitler – jazitler@bellsouth.net
David M. Serio – dserio@derbeslaw.com

New Orleans, Louisiana, December 21, 2022

                                              /s/ Eric Oliver Person
                                              Eric Oliver Person